UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED J. PROUT,

       Plaintiff,

v.

STATE OF MICHIGAN and ADRIAN
DISTRICT COURT,

       Defendants.
                                        /

Case No. 09-14386

Honorable Patrick J. Duggan

### ORDER REQUIRING FILING OF AN AMENDED COMPLAINT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on November 17, 2009.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                          U.S. DISTRICT COURT JUDGE

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint set forth a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief sought. This rule facilitates "[t]he fundamental purpose of pleadings," which is "to give adequate notice to the parties of each side's claims and to allow cases to be decided on the merits after an adequate development of the facts." *Mayer v. Mylod*, 988 F.2d 635, 638 (6th Cir. 1993).

Even though a *pro se* plaintiff is held to a less stringent pleading standard than a party who is represented by counsel, *Haines v. Kerner*, 404 U.S. 519, 520, 92 S. Ct. 594,

596 (1972), the complaint must meet some minimum standards. Specifically, trial courts "should not have to guess at the nature of the claim asserted." *Wells v. Brown*, 891 F.2d 591, 594 (6th Cir. 1989). Having reviewed the complaint in this action, the Court concludes that it fails to meet the requirements of Rule 8(a), even when those requirements are relaxed for a *pro se* litigant. The complaint fails to set forth with any specificity the rights that Plaintiff believes have been violated or the nature of the claims Plaintiff intends to assert against the State of Michigan and the Adrian District Court.

Accordingly,

**IT IS ORDERED** that Plaintiff **FILE AN AMENDED COMPLAINT** on or before **DECEMBER 4, 2009**, in compliance with Rule 8 of the Federal Rules of Civil Procedure or the Court shall dismiss the complaint for failure to state a claim upon which relief can be granted.

                                                        s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copy to:
Alfred J. Prout
13986 Rockdale Street
Detroit, MI 48223